UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF EDWARD RAMOS, et al., | Case No. |
| Plaintiffs, | **DECLARATION OF ROXANNE LABUGA RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

I, Roxanne Labuga, do declare and say:

1.      I submit the following declaration concerning my status as a successor-in-interest to Edward Ramos, pursuant to section 377.32 of the California Code of Civil Procedure.

2.      Edward Ramos was born on ▮▮▮▮, 1998, in Turlock, California.

3.      No proceeding is now pending in California for administration of the estate of Edward Ramos.

4.      I am a successor-in-interest to Edward Ramos (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of Edward Ramos, and Edward Ramos has no legal spouse or issue.

5.      No other person has a superior right to commence this action or proceeding, or to be substituted for Edward Ramos in this pending action or proceeding.

6.      A true and correct copy of the death certificate of Edward Ramos is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November _5_, 2024, at _____Winton_____, California.

_____
Roxanne Labuga

**DECLARATION OF ROXANNE LABUGA RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Ramos v. County of Merced*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of MERCED
## HEALTH DEPARTMENT
### MERCED, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052024244600
LOCAL REGISTRATION NUMBER: 3202424001316

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1 NAME OF DECEDENT–FIRST (Given) | EDWARD |
| 2 MIDDLE | |
| 3 LAST (Family) | RAMOS, III |
| AKA ALSO KNOWN AS - Include full AKA (FIRST, MIDDLE, LAST) | |
| 4 DATE OF BIRTH mm/dd/ccyy | 1998 |
| 5 AGE Yrs | 26 |
| 6 SEX | M |
| 9 BIRTH STATE/FOREIGN COUNTRY | CA |
| 10 SOCIAL SECURITY NUMBER | [redacted] |
| 11 EVER IN U.S. ARMED FORCES? | NO [X] |
| 12 MARITAL STATUS/SRDP at Time of Death | NEVER MARRIED |
| 7 DATE OF DEATH mm/dd/ccyy | 11/03/2024 |
| 8 HOUR (24 Hours) | 1601 |
| 13 EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15 WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | [X] YES MEXICAN |
| 16 DECEDENT'S RACE | MEXICAN AMERICAN |
| 17 USUAL OCCUPATION | NEVER WORKED |
| 18 KIND OF BUSINESS OR INDUSTRY | |
| 19 YEARS IN OCCUPATION | 0 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20 DECEDENT'S RESIDENCE (Street and number, or location) | 8575 CRESSEY WAY |
| 21 CITY | WINTON |
| 22 COUNTY/PROVINCE | MERCED |
| 23 ZIP CODE | 95388 |
| 24 YEARS IN COUNTY | 26 |
| 25 STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26 INFORMANT'S NAME, RELATIONSHIP | ROXANNE ISABEL LABUGA, MOTHER |
| 27 INFORMANT'S MAILING ADDRESS | 8575 CRESSEY WAY, WINTON, CA 95388 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28 NAME OF SURVIVING SPOUSE/SRDP–FIRST | - |
| 29 MIDDLE | - |
| 30 LAST (BIRTH NAME) | - |
| 31 NAME OF PARENT–FIRST | EDWARD |
| 32 MIDDLE | |
| 33 LAST (BIRTH NAME) | RAMOS |
| 34 BIRTH STATE | CA |
| 35 NAME OF PARENT–FIRST | ROXANNE |
| 36 MIDDLE | ISABEL |
| 37 LAST (BIRTH NAME) | LABUGA |
| 38 BIRTH STATE | CA |

### FUNERAL DIRECTOR/LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39 DISPOSITION DATE mm/dd/ccyy | 11/20/2024 |
| 40 PLACE OF FINAL DISPOSITION | MERCED DISTRICT CEMETERY, 1300 B STREET, MERCED, CA. 95341 |
| 41 TYPE OF DISPOSITION(S) | BURIAL |
| 42 SIGNATURE OF EMBALMER | ▶ SPENCER RAYMOND HERENDEEN |
| 43 LICENSE NUMBER | EMB9603 |
| 44 NAME OF FUNERAL ESTABLISHMENT | STRATFORD EVANS MERCED FUNERAL HOME |
| 45 LICENSE NUMBER | FD538 |
| 46 SIGNATURE OF LOCAL REGISTRAR | ▶ SALVADOR SANDOVAL, MD |
| 47 DATE mm/dd/ccyy | 11/18/2024 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101 PLACE OF DEATH | JAIL |
| 102 IF HOSPITAL, SPECIFY ONE | |
| 103 IF OTHER THAN HOSPITAL, SPECIFY ONE | Other [X] |
| 104 COUNTY | MERCED |
| 105 FACILITY ADDRESS OR LOCATION WHERE FOUND | 700 W. 22ND STREET |
| 106 CITY | MERCED |

### CAUSE OF DEATH

| Field | Value | Time Interval | |
|---|---|---|---|
| 107 CAUSE OF DEATH | | 108 DEATH REPORTED TO CORONER? | |
| IMMEDIATE CAUSE (A) | MULTIPLE STAB WOUNDS | MINS | [X] YES |
| | | | 24-45494 |
| (B) | | | 109 BIOPSY PERFORMED? NO [X] |
| Sequentially list conditions (C) | | | 110 AUTOPSY PERFORMED? [X] YES |
| UNDERLYING CAUSE (D) | | | 111 USED IN DETERMINING CAUSE? [X] YES |
| 112 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | | | |
| 113 WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO | | 113A DECEDENT PREGNANT? [X] NO |

### PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114 I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED | |
| (A) Decedent Attended Since mm/dd/ccyy | |
| (B) Decedent Last Seen Alive mm/dd/ccyy | |
| 115 SIGNATURE AND TITLE OF CERTIFIER | ▶ |
| 116 LICENSE NUMBER | |
| 117 DATE mm/dd/ccyy | |
| 118 TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

### CORONER'S USE ONLY

| Field | Value |
|---|---|
| 118 I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED | |
| MANNER OF DEATH | Homicide [X] |
| 120 INJURED AT WORK? | NO [X] |
| 121 INJURY DATE mm/dd/ccyy | 11/03/2024 |
| 122 HOUR (24 Hours) | 1601 |
| 123 PLACE OF INJURY | OTHER JAIL |
| 124 DESCRIBE HOW INJURY OCCURRED | DECEDENT FOUND UNRESPONSIVE IN JAIL CELL WITH MULTIPLE STAB WOUNDS |
| 125 LOCATION OF INJURY | JAIL CELL 700 W. 22ND STREET, MERCED, CA 95340 |
| 126 SIGNATURE OF CORONER / DEPUTY CORONER | MARY A NORTH |
| 127 DATE mm/dd/ccyy | 11/08/2024 |
| 128 TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | MARY A NORTH, DEP CORONER |

STATE REGISTRAR: A  B  C  D  E   FAX AUTH.#   CENSUS TRACT



*999282755*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF MERCED } ss   DATE ISSUED **11/20/2024**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

*Salvador Sandoval* MD MPH
Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY



This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.
PRANCO (REV) 1270

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE