UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF EDWARD RAMOS III, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF EDWARD RAMOS JR. RE: CAL. CODE CIV. PROC. § 377.32** |

I, Edward Ramos Jr., do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Edward Ramos III, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Edward Ramos III was born on ▉, 1998, in Turlock, California.

3. No proceeding is now pending in California for administration of the estate of Edward Ramos III.

4. I am a successor-in-interest to Edward Ramos III (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological father of Edward Ramos III, and Edward Ramos III has no legal spouse or issue.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Edward Ramos III in this pending action or proceeding.

6. A true and correct copy of the death certificate of Edward Ramos III is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2024, at Merced, California.

*/s/ Edward Ramos Jr.*
Edward Ramos Jr.

---

**DECLARATION OF EDWARD RAMOS III RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Ramos v. County of Merced*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY of MERCED
### HEALTH DEPARTMENT
MERCED, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052024244600
LOCAL REGISTRATION NUMBER: 3202424001316

| Field | Value |
|---|---|
| 1. Name of Decedent — First (Given) | EDWARD |
| 2. Middle | — |
| 3. Last (Family) | RAMOS, III |
| AKA | — |
| 4. Date of Birth | 1998 |
| 5. Age | 26 Yrs |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | [redacted] |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 11/03/2024 |
| 8. Hour | 1601 |
| 13. Education | HS GRADUATE |
| 14/15. Was Decedent Hispanic/Latino/a/Spanish? | YES — MEXICAN |
| 16. Decedent's Race | MEXICAN AMERICAN |
| 17. Usual Occupation | NEVER WORKED |
| 19. Years in Occupation | 0 |
| 20. Decedent's Residence | 8575 CRESSEY WAY |
| 21. City | WINTON |
| 22. County/Province | MERCED |
| 23. Zip Code | 95388 |
| 24. Years in County | 26 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | ROXANNE ISABEL LABUGA, MOTHER |
| 27. Informant's Mailing Address | 8575 CRESSEY WAY, WINTON, CA 95388 |
| 31. Name of Parent — First | EDWARD |
| 33. Last (Birth Name) | RAMOS |
| 34. Birth State | CA |
| 35. Name of Parent — First | ROXANNE |
| 36. Middle | ISABEL |
| 37. Last (Birth Name) | LABUGA |
| 38. Birth State | CA |
| 39. Disposition Date | 11/20/2024 |
| 40. Place of Final Disposition | MERCED DISTRICT CEMETERY, 1300 B STREET, MERCED, CA 95341 |
| 41. Type of Disposition | BURIAL |
| 42. Signature of Embalmer | SPENCER RAYMOND HERENDEEN |
| 43. License Number | EMB9603 |
| 44. Name of Funeral Establishment | STRATFORD EVANS MERCED FUNERAL HOME |
| 45. License Number | FD538 |
| 46. Signature of Local Registrar | SALVADOR SANDOVAL, MD |
| 47. Date | 11/18/2024 |
| 101. Place of Death | JAIL — Other |
| 104. County | MERCED |
| 105. Facility Address | 700 W. 22ND STREET |
| 106. City | MERCED |
| 107. Cause of Death — Immediate Cause (A) | MULTIPLE STAB WOUNDS |
| Time Interval | MINS |
| 108. Death Reported to Coroner? | YES — 24-45494 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 113. Was Operation Performed | NO |
| 113A. Decedent Pregnant in Last Year? | N/A |
| 119. Manner of Death | Homicide |
| 120. Injured at Work? | NO |
| 121. Injury Date | 11/03/2024 |
| 122. Hour | 1601 |
| 123. Place of Injury | OTHER — JAIL |
| 124. Describe How Injury Occurred | DECEDENT FOUND UNRESPONSIVE IN JAIL CELL WITH MULTIPLE STAB WOUNDS |
| 125. Location of Injury | JAIL CELL, 700 W. 22ND STREET, MERCED, CA 95340 |
| 126. Signature of Coroner / Deputy Coroner | MARY A NORTH |
| 127. Date | 11/08/2024 |
| 128. Type Name, Title of Coroner / Deputy Coroner | MARY A NORTH, DEP CORONER |



*999282755*

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF MERCED } ss   DATE ISSUED  11/20/2024

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

*Salvador Sandoval* MD MPH
Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY



This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE