1  Mark E. Merin (State Bar No. 043849)
2  Paul H. Masuhara (State Bar No. 289805)
   LAW OFFICE OF MARK E. MERIN
3  1010 F Street, Suite 300
   Sacramento, California 95814
4  Telephone:   (916) 443-6911
   Facsimile:   (916) 447-8336
5  E-Mail:      mark@markmerin.com
                paul@markmerin.com
6
7    Attorneys for Plaintiffs
     ESTATE OF EDWARD RAMOS III,
8    ROXANNE LABUGA, and EDWARD RAMOS JR.

9  Forrest W. Hansen, SBN 235432
   Jenna M. Anderson, SBN 291467
10 Mark T. Laluan, SBN 339479
11 Merced County Counsel's Office
   2222 M Street, 3rd Floor
12 Merced, CA 95340
   Tel: (209) 385-7564
13 Fax: (209) 726-1337
   Email: Jenna.Anderson@countyofmerced.com
14
15   Attorneys for Defendants
     COUNTY OF MERCED, MERCED COUNTY
16   SHERIFF'S OFFICE, and VERNON WARNKE

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19                           FRESNO DIVISION

| | |
|---|---|
| ESTATE OF EDWARD RAMOS III, ROXANNE LABUGA, and EDWARD RAMOS JR., | Case No. 1:25-cv-00056-JLT-SKO |
| Plaintiffs, | **STIPULATION FOR TRANSFER OF DNA SAMPLE; ORDER** |
| vs. | **(Doc. 8)** |
| COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, and DOE 1 to 20, | |
| Defendants. | |

1

**STIPULATION**

The Estate of Edward Ramos III, Roxanne Labuga, and Edward Ramos Jr. (collectively, "Plaintiffs") and the County of Merced, Merced County Sheriff's Office, and Vernon Warnke (collectively, "Defendants") STIPULATE as follows:

WHEREAS, Edward Ramos III's paternity or genetic relationships with a minor child is disputed;

WHEREFORE, the Merced County Coroner's Office has custody of genetic material of Edward Ramos III, including a sample of deoxyribonucleic acid (DNA); and

NOW, THEREFORE, the parties seek an order for the transfer a sample of Edward Ramos III's genetic material from the Merced County Coroner's Office to Choice DNA Laboratory, 780 W. Olive Avenue, Merced, CA 95348, for the purpose of utilizing the sample to perform DNA testing to determine Edward Ramos III's paternity or genetic relationships with a minor child.

IT IS SO STIPULATED.

Dated: February 20, 2025          Respectfully Submitted,
                                  LAW OFFICE OF MARK E. MERIN

                                  */s/ Mark E. Merin*

                                  By: _____
                                      Mark E. Merin
                                      Paul H. Masuhara

                                      Attorneys for Plaintiffs
                                      ESTATE OF EDWARD RAMOS III,
                                      ROXANNE LABUGA, and EDWARD RAMOS JR.

Dated: February 20, 2025          Respectfully Submitted,
                                  Merced County Counsel

                                  */s/ Jenna M. Anderson*
                                  (as authorized on February 20, 2025)
                                  By: _____
                                      Jenna M. Anderson
                                      Mark T. Laluan

                                      Attorneys for Defendants
                                      COUNTY OF MERCED, MERCED COUNTY
                                      SHERIFF'S OFFICE, VERNON WARNKE, SOTO,
                                      ANDREA SWEENEY, and ROMAN GRANADO

2

**STIPULATION FOR TRANSFER OF DNA SAMPLE; ORDER**
*Estate of Ramos v. County of Merced*, United States District Court, Eastern District of California, Case No. 1:25-cv-00056-JLT-SKO

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation (Doc. 8) is GRANTED.

A sample of decedent Edward Ramos III's genetic material shall be TRANSFERRED from the Merced County Coroner's Office to Choice DNA Laboratory, 780 W. Olive Avenue, Merced, CA 95348, for the purpose of utilizing the sample to perform DNA testing to determine Edward Ramos III's paternity or genetic relationships with a minor child.

IT IS SO ORDERED.

Dated:   **February 21, 2025**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION FOR TRANSFER OF DNA SAMPLE; ORDER**
*Estate of Ramos v. County of Merced*, United States District Court, Eastern District of California, Case No. 1:25-cv-00056-JLT-SKO