Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com;
Dusty.Nunes@countyofmerced.com

Attorney for Defendants County of Merced, Merced County Sheriff's Office [a department within the County of Merced] and Vernon Warnke

In the United States District Court

For the Eastern District of California, Fresno Division

| Estate of Edward Ramos III, Roxanne Labuga, and Edward Ramos, Jr.,<br><br>             Plaintiffs,<br><br>      v.<br><br>County of Merced, Merced County Sheriff's Office, Vernon Warnke, and DOE 1 to 20,<br>             Defendants. | Case No. 1:25-cv-00056-SKO<br><br>**Order Extending Time for Defendants County of Merced, Merced County Sheriff's Office and Vernon Warnke to Respond to Plaintiffs' Complaint**<br><br>**(Doc. 10)** |
|---|---|

Based on the Parties' stipulation (Doc. 10), and for good cause shown,

IT IS HEREBY ORDERED that Defendants COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, and VERNON WARNKE shall file their pleadings responsive to Plaintiffs ESTATE OF EDWARD RAMOS III,

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Order Extending Time for Defendants County of Merced, Merced County
Sheriff's Office and Vernon Warnke to Respond to Plaintiffs' Complaint

1  ROXANNE LABUGA, and EDWARD RAMOS, JR.' Complaint (Doc. 1) on or
2  before April 11, 2025.
3
4  IT IS SO ORDERED.
5  Dated:   **March 13, 2025**              /s/ *Sheila K. Oberto*
6                                             UNITED STATES MAGISTRATE JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Order Extending Time for Defendants County of Merced, Merced County
Sheriff's Office and Vernon Warnke to Respond to Plaintiffs' Complaint