Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Civil Litigator
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:   (209) 385-7564
Fax:   (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com;
Dusty.Nunes@countyofmerced.com

Attorney for Defendants County of Merced, Merced County Sheriff's Office (a department of the County of Merced), Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Estate of Edward Ramos III, Roxanne Labuga, and Edward Ramos, Jr.,<br><br>          Plaintiffs,<br><br>    v.<br><br>County of Merced, Merced County Sheriff's Office, Vernon Warnke, and DOE 1 to 20,<br>          Defendants. | Case No. 1:25-cv-00056-JLT-SKO<br><br>**Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial** |

    COME NOW Defendants, County of Merced, "Merced County Sheriff's Office" (a department of the County of Merced), Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro Answer to First Amended Complaint on file herein as follows:

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

As to the introduction, Defendants admit all allegations contained in the introduction.

1. Paragraph 1 does not set forth any factual allegations and therefore does not require an answer. Defendants admit this court has subject-matter jurisdiction.

2. Paragraph 2 does not set forth any factual allegations and therefore does not require an answer. Defendants admit this court is a proper venue for the case.

3. Paragraph 3 does not set forth any factual allegations and therefore does not require an answer. To the extent there are any factual allegations, such allegations are denied. Defendants admit this court is a proper interdistrict venue for the case.

4. As to paragraph 4, Defendants admit that a claim was presented to the County of Merced on November 14, 2024, and the Merced County Sheriff's Office; Defendants deny that "Merced County Sheriff's Office" is a separate public entity from the County of Merced that could independently act on a government claim; that it is instead, a department of the County of Merced.

5. Defendants admit the allegations of paragraph 5.

6. As to paragraph 6, Defendants admit the Plaintiffs who brought this action is the Estate of Edward Ramos III. As to the remaining allegations, Defendants is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies the remaining allegations therein.

7. As to paragraph 7, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies the allegations therein.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

8. As to paragraph 8, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies the allegations therein.

9. Defendants admit the allegations of paragraph 9.

10. As to paragraph 10, Defendants deny that "Merced County Sheriff's Office" is a separate public entity from the County of Merced that could independently act on a government claim; that it is instead, a department of the County of Merced.

11. As to paragraph 11, Defendants admit that Vernon Warnke is a law enforcement official and elected Sheriff for the County of Merced.

12. Defendants admit the allegations of paragraph 12, except that Defendants deny Defendant Tilley is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

13. Defendants admit the allegations of paragraph 13, except that Defendants deny Defendant Ayala is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

14. Defendants admit the allegations of paragraph 14, except that Defendants deny Defendant Rios is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

15. Defendants admit the allegations of paragraph 15, except that Defendants deny Defendant Ochoa is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

16. Defendants admit the allegations of paragraph 16, except that Defendants deny Defendant Strong is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

17. Defendants admit the allegations of paragraph 17, except that Defendants deny Defendant Freitas is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

3

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

18. Defendants admit the allegations of paragraph 18, except that Defendants deny Defendant Lazaro is employed by the Merced County Sheriff's Office, but rather, is employed by the County of Merced.

19. To the extent factual allegations are averred in paragraph 19, such allegations are denied based on lack of information or knowledge.

20. The allegations of paragraph 20 are unintelligible and therefore denied; Defendants admit that the County of Merced employees were acting with the course and scope of their employment.

21. As to paragraph 21, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, an on that basis, denies the allegations therein.

22. To the extent factual allegations are averred in paragraph 22, such allegations are denied based on lack of information or knowledge.

23. As to paragraph 23, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, an on that basis, denies the allegations therein.

24. As to paragraph 24, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies the allegations therein.

25. As to paragraph 25, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies the allegations therein.

26. As to paragraph 26, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, an on that basis, denies the allegations therein.

27. As to paragraph 27, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, an on that basis, denies the allegations therein.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

4

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

28. The responding Defendants admit the allegations of paragraph 28.

29. As to paragraph 29, Defendants admit that some of Vernon Warnke's duties concern the management of jails. Due to the phraseology, which includes citation to California law in general and not applicable to the facts of the complaint, the allegations become uncertain and on those grounds the Defendants cannot admit or deny the remaining allegations based on lack of information or knowledge.

30. As to paragraph 30, Defendants admit the Merced County Sheriff's Office and Vernon Warnke are responsible for supervising correctional facilities under their care and for staffing, training, supervising, and developing policies and procedures related to inmates' safekeeping. The remaining allegations of paragraph 30 are denied as they do not accurately represent the details of the correctional policies and procedures.

31. Defendants admit the allegations of paragraph 31.

32. Defendants admit the allegations of paragraph 32.

33. Defendants deny all allegations of paragraph 33.

34. Defendants deny all allegations of paragraph 34.

35. Defendants admit Edward Ramos III was associated and identified as an active gang member and that the Merced County Sheriff's Office has data bases with such information. The remaining allegations of paragraph 35 are denied based on lack of information or knowledge.

36. Defendants deny all allegations of paragraph 36.

37. Defendants deny all allegations of paragraph 37.

38. Defendants deny all allegations of paragraph 38.

39. Defendants deny all allegations of paragraph 39.

40. Defendants deny all allegations of paragraph 40.

41. As to paragraph 41, Defendants admit the referenced news media published the referenced article.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

5

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

42. As to paragraph 42, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

43. As to paragraph 43, Defendants admit the Merced Sheriff's Office and Vernon Warnke are responsible for implementing policies and procedures to assist in maintaining safe and secure correctional facilities and engage in proactive measures to screen, locate and eradicate contraband present in the correctional facilities.

44. Defendants deny all allegations of paragraph 44.

45. Defendants deny all allegations of paragraph 45.

46. Defendants deny all allegations of paragraph 46.

47. Defendants admit the Merced County Jail is equipped with closed-circuit television (CCTV) that provides live video feed to the control room.  The remaining allegations of paragraph 47 are denied based on lack of information or knowledge.

48. As to paragraph 39, Defendants admit correctional staff are assigned to various roles in the facility that includes but is not limited to working in the control room and conducting safety checks of inmates and that they are supervised by a sergeant.   The remaining allegations of paragraph 48 are denied based on lack of information or knowledge.

49. As to paragraph 49, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

50. Defendants admit water bottles were placed on the cell bars by an inmate. The remaining allegations of paragraph 50 are denied based on lack of information or knowledge.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

6

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

51.     As to paragraph 51, Defendants admit correctional staff are trained on prevention of obstruction of cells. The remaining allegations of paragraph 51 are denied based on lack of information or knowledge.

52.     As to paragraph 52, Defendants admit Defendant Glenn Peterson conducted a safety check around 2:49 conducted a safety check of 3 Block, Cell 4. The remaining allegations are denied based on lack of information or knowledge.

53.     As to paragraph 53, Defendants admit an inmate placed bottles on the bars of the cell.  The remaining allegations are denied based on lack of information or knowledge.

54.     As to paragraph 54, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

55.     Defendants admit an inmate entered the cell's toilet area around 2:51 pm. The remaining allegations of paragraph 55 are denied based on lack of information or knowledge.

56.     Defendants admit Edward Ramos III was escorted by two inmates to the toilet area of the cell. The remaining allegations of paragraph 56 are denied based on lack of information or knowledge.

57.     Defendants admit an inmate stood in front of the cell bars. The remaining allegations of paragraph 57 are denied based on lack of information or knowledge.

58.     As to paragraph 58, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

59.     As to paragraph 59, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

7

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

60. As to paragraph 60, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

61. Defendants admit the allegations of paragraph 61.

62. Defendants admit an inmate utilized a mirror near the cell bars. The remaining allegations of paragraph 62 are denied based on lack of information or knowledge.

63. Defendants admit Edward Ramos III was assaulted by inmates and stabbed. The remaining allegations of paragraph 63 are denied based on lack of information or knowledge.

64. As to paragraph 64, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

65. Defendants admit an inmate left the toilet area and entered the shower area. The remaining allegations of paragraph 65 are denied based on lack of information or knowledge.

66. Defendants admit an inmate left the toilet area and entered the shower area. The remaining allegations of paragraph 66 are denied based on lack of information or knowledge.

67. Defendants admit an inmate cleaned the area around the toilet and shower. Defendants admit an inmate provided clean clothing to two other inmates. The remaining allegations of paragraph 67 are denied based on lack of information or knowledge.

68. As to paragraph 68, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

8

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

69. As to paragraph 69, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

70. Defendants admit Defendant Jacob Freitas assisted medical staff with medication distribution at approximately 3:09 p.m. The remaining allegations of paragraph 70 are denied based on lack of information or knowledge.

71. As to paragraph 71, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

72. Defendants deny all allegations of paragraph 72.

73. Defendants deny all allegations of paragraph 73.

74. Defendants deny all allegations of paragraph 74.

75. Defendants admit Defendant Jacob Freitas conducted a safety check at approximately 3:45 p.m. and noticed a foot behind the toilet curtain and blood on the wall. The remaining allegations of paragraph 75 are denied based on lack of information or knowledge.

76. Defendants admit the allegations of paragraph 76.

77. Defendants admit custodial deputies arrived at the scene. The remaining allegations of paragraph 77 are denied based on lack of information or knowledge.

78. Defendants admit the custodial deputies had difficulty opening the door due to bottles and cups being wedged between the cell bars. The remaining allegations of paragraph 78 are denied based on lack of information or knowledge.

79. Defendants admit the scene was secured. The remaining allegations of paragraph 79 are denied based on lack of information or knowledge.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

9

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

80. Defendants admit the scene was secured and Edward Ramos III was removed from the cell. The remaining allegations of paragraph 80 are denied based on lack of information or knowledge.

81. Defendants admit medical staff member provided medical care for Edward Ramos III. The remaining allegations of paragraph 81 are denied based on lack of information or knowledge.

82. Defendants admit Riggs ambulance responded and took over medical care for Edward Ramos III. The remaining allegations of paragraph 82 are denied based on lack of information or knowledge.

83. Defendants admit the allegations of paragraph 83.

84. Defendants admit the allegations of paragraph 84.

85. Defendants admit the allegations of paragraph 85.

86. Defendants admit the allegations of paragraph 86.

87. As to paragraph 87, Defendants admit that Vernon Warnke has acted as Sheriff for the County of Merced since 2014 and that some of his duties concern the management of jails. However, due to the phraseology, which includes citation to statutory authority not applicable to the facts of the complaint, the allegations become uncertain and on those grounds the Defendants cannot admit or deny the remaining allegations based on lack of information or knowledge.

88. Defendants deny the general allegations of paragraph 88. As to subsection (a) Defendants admit on May 11, 2025, Steven Ayala was housed at John Latorraca Correctional Facility and reportedly died by suicide including asphyxia by hanging. Defendants deny the remaining allegations in subsection (a). As to subsection (b) Defendants admit on March 15, 2025, a male inmate housed in the Merced County Main Jail reportedly died by suicide including asphyxia by hanging. Defendants deny the remaining allegations in subsection (b). As to subsection (c), Defendants admit on April 18, 2024, an inmate housed

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

10

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

in the Merced County Jail reportedly died by suicide including asphyxia by hanging. Defendants deny the remaining allegations in subsection (c). As to subsection (d), Defendants admit on May 25, 2023, Tomi Kartchner was housed in the John Latorraca Correctional Center and died by suicide including asphyxia by hanging. Defendants deny the remaining allegations in subsection (d). As to subsection (e), Defendants admit on October 18, 2022, Jacob Apodaca was housed in the Merced County Main Jail and was murdered by other inmates. Defendants admit the case was settled pre-trial for $2,950,000. Defendants deny the remaining allegation in subsection (e). As to subsection (f), Defendants admit on March 23, 2019, Rene Snider was housed in the Merced County Main Jail and died by suicide including asphyxia by hanging. Defendants admit a civil rights lawsuit was filed and settled pre-trial. Defendants deny the remaining allegations of subsection (f). As to subsection (g), Defendants admit the referenced news media published the referenced article. Defendants cannot admit or deny the remaining allegations of subjection (g) based on lack of information or knowledge. As to subsection (h), Defendants admit on June 17, 2018, Fabian Cardoza was housed in the Merced County jail and was murdered. Defendants deny the remaining allegations of subsection (h). As to subsection (i), Defendants admit Aaron Bonilla was housed in the Merced County Jail and was murdered. Defendants admit a civil rights lawsuit was filed. Defendants deny the remaining allegations of subsection (i). As to subsection (j), Defendants admit Alejandro Vega was housed in the Merced County Main Jail and was murdered. Defendants deny the remaining allegations of subsection (j). As to subsection (k), Defendants admit Richard Ramirez was housed in the Merced County Main Jail and died by suicide including asphyxia by hanging. Defendants admit a civil rights lawsuit was filed. Defendants deny the remaining allegations of subsection (k).

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

11

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

89. Defendants deny the general allegations of paragraph 89. As to subsection (a) Defendants admit the referenced news media published the referenced article. As to subsection (b), Defendants admit on April 20, 2023, Derek Valentine died by overdoes at the John Latorraca Correctional Center. Defendants admit a civil rights lawsuit was filed that remans pending. Defendants deny the remaining allegations of subsection (b). As to subsection (c), Defendants admit on October 18, 2022, Jacob Apodaca was housed in the Merced County Main Jail and was attacked and murdered by other inmates. Defendants admit the case was settled pre-trial for $2,950,000. Defendants deny the remaining allegation in subsection (c). As to subsection (d) Defendants admit the referenced news media published the referenced article. As to subsection (e), Defendants will not respond as this information is subject to a protective order and the inclusion of such information in the Complaint is a violation of the protective order. As to subsection (f), Defendants admit Aaron Bonilla was housed in the Merced County Jail and was murdered. Defendants admit a civil rights lawsuit was filed. Defendants deny the remaining allegations of subsection (f).

90. Defendants deny the general allegations of paragraph 90. As to subsection (a), Defendants admit Sheriff Vernon Warnke made the quoted statements. Defendants deny the remaining allegations in subsection (a). As to subsection (b), Defendants admit Sheriff Vernon Warnke made the quoted statements. Defendants deny the remaining allegations in subsection (b). As to subsection (c), Defendants admit on May 25, 2023, Tomi Kartchner was housed in the John Latorraca Correctional Center and died by suicide including asphyxia by hanging. Defendants deny the remaining allegations in subsection (c). As to subsection (d), Defendants admit on April 20, 2023, Derek Valentine died by overdoes at the John Latorraca Correctional Center. Defendants admit a civil rights lawsuit was filed that remans pending. Defendants deny the

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

12

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

remaining allegations of subsection (d). As to subsection (e), Defendants admit on October 18, 2022, Jacob Apodaca was housed in the Merced County Main Jail and was attacked and murdered by other inmates. Defendants admit the case was settled pre-trial for $2,950,000. Defendants deny the remaining allegation in subsection (e). As to subsection (f), Defendants will not respond as this information is subject to a protective order and the inclusion of such information in the Complaint is a violation of the protective order. As to subsection (g), Defendants admit on March 23, 2019, Rene Snider was housed in the Merced County Main Jail and died by suicide including asphyxia by hanging. Defendants admit a civil rights lawsuit was filed and settled pre-trial. Defendants deny the remaining allegations of subsection (g). As to subsection (h), Defendants admit the referenced news media published the referenced article. As to subsection (i), Defendants admit on June 17, 2018, Fabian Cardoza was housed in the Merced County jail and was murdered. Defendants deny the remaining allegations of subsection (i). As to subsection (j), Defendants admit Aaron Bonilla was housed in the Merced County Jail and was murdered. Defendants admit a civil rights lawsuit was filed. Defendants deny the remaining allegations of subsection (j). As to subsection (k), Defendants admit Alejandro Vega was housed in the Merced County Main Jail and was murdered. Defendants deny the remaining allegations of subsection (k). As to subsection (l), Defendants admit Richard Ramirez was housed in the Merced County Main Jail and died by suicide including asphyxia by hanging. Defendants admit a civil rights lawsuit was filed. Defendants deny the remaining allegations of subsection (l).

91. As to paragraph 91, to the extent paragraph 91 consists of statements of law, said allegations do not require answer; to the extent answer is required, Defendants deny said allegations.

92. Defendants deny all allegations of paragraph 92.

93. Defendants deny all allegations of paragraph 93.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

13

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

94. Defendants deny all allegations of paragraph 94.

95. Defendants deny all allegations of paragraph 95.

96. Paragraph 96 does not set forth any factual allegations and therefore does not require an answer.

97. As to paragraph 97, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 97, and herein reincorporates the same as set forth in full.

98. Defendants deny all allegations of paragraph 98.

99. Defendants deny all allegations of paragraph 99.

100. Defendants deny all allegations of paragraph 100.

101. Defendants deny all allegations of paragraph 101.

102. Paragraph 102 does not set forth any factual allegations and therefore does not require an answer.

103. As to paragraph 103, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 103, and herein reincorporates the same as set forth in full.

104. As to paragraph 104, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

105. Defendants deny all allegations of paragraph 105.

106. Defendants deny all allegations of paragraph 106.

107. Defendants deny all allegations of paragraph 107.

108. Paragraph 108 does not set forth any factual allegations and therefore does not require an answer.

109. As to paragraph 109, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 109, and herein reincorporates the same as set forth in full.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

14

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

1    110.    As to paragraph 110, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

4    111.    Defendants deny all allegations of paragraph 111.

5    112.    Defendants deny all allegations of paragraph 112.

6    113.    Defendants deny all allegations of paragraph 113.

7    114.    Paragraph 114 does not set forth any factual allegations and therefore does not require an answer.

9    115.    As to paragraph 115, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 115, and herein reincorporates the same as set forth in full.

12    116.    Defendants deny all allegations of paragraph 116.

13    117.    Defendants deny all allegations of paragraph 117.

14    118.    Defendants deny all allegations of paragraph 118.

15    119.    Defendants deny all allegations of paragraph 119.

16    120.    Defendants deny all allegations of paragraph 120.

17    121.    Paragraph 121 does not set forth any factual allegations and therefore does not require an answer.

19    122.    As to paragraph 122, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 122, and herein reincorporates the same as set forth in full.

22    123.    Defendants deny all allegations of paragraph 123.

23    124.    Defendants deny all allegations of paragraph 124.

24    125.    Defendants deny all allegations of paragraph 125.

25    126.    Defendants deny all allegations of paragraph 126.

26    127.    Defendants deny all allegations of paragraph 127.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

15

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

128. As to paragraph 128, to the extent paragraph 128 consists of statements of law, said allegations do not require answer; to the extent answer is required, Defendants deny said allegations.

129. Defendants deny all allegations of paragraph 129.

130. Defendants deny all allegations of paragraph 130.

131. Paragraph 131 does not set forth any factual allegations and therefore does not require an answer.

132. As to paragraph 132, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 132, and herein reincorporates the same as set forth in full.

133. Defendants deny all allegations of paragraph 133.

134. As to paragraph 134, to the extent paragraph 134 consists of statements of law, said allegations do not require answer; to the extent answer is required, Defendants deny said allegations.

135. Defendants deny all allegations of paragraph 135.

136. Defendants deny all allegations of paragraph 136.

137. Paragraph 137 does not set forth any factual allegations and therefore does not require an answer.

138. As to paragraph 138, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 136, and herein reincorporates the same as set forth in full.

139. Defendants deny all allegations of paragraph 139.

140. Defendants deny all allegations of paragraph 140.

141. Defendants deny all allegations of paragraph 141.

142. As to paragraph 142, to the extent paragraph 142 consists of statements of law, said allegations do not require answer; to the extent answer is required, Defendants deny said allegations.

143. Defendants deny all allegations of paragraph 143.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

16

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

144. Defendants deny all allegations of paragraph 144.

145. Paragraph 145 does not set forth any factual allegations and therefore does not require an answer.

146. As to paragraph 146, the responding Defendants incorporate by reference each of their responses to paragraphs 1 through 146, and herein reincorporates the same as set forth in full.

147. As to paragraph 147, Defendants lack sufficient information or knowledge to admit or deny the allegations, and based thereon, deny the allegations.

148. Defendants deny all allegations of paragraph 148.

149. Defendants deny all allegations of paragraph 149.

150. As to paragraph 150, to the extent paragraph 150 consists of statements of law, said allegations do not require answer; to the extent answer is required, Defendants deny said allegations.

151. Defendants deny all allegations of paragraph 151.

152. Defendants deny all allegations of paragraph 152.

153. As to the Prayer for Relief, Defendants deny the allegations and deny that Plaintiffs are entitled to any relief at all.

154. Any allegation not specifically admitted or denied hereinabove is hereby denied.

## Affirmative Defenses

155. As for a first, separate and affirmative defense to the first amended complaint on file herein, the individual Defendants Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro allege they are immune from suit based on qualified immunity as to the First, Second and Third claims. (*Harlow v. Fitzgerald*, 457 U.S. 800 (1982); *Hunter v. Bryant*, 502 U.S. 224 (1991).)

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

17

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

156. As and for a second, separate and affirmative defense to the first amended complaint on file herein, these answering Defendants allege that as to the Seventh Claim, the decedent and/or other third parties including Ulises Alvarez Monge, Anthony Ray Huerta, Javier Guardo Jr, Ricardo Israel Gutierrez, Omar E Leos, and Memphis Baca housed at the Merced County Jail in Block 3, Cell 4 with decedent (hereinafter "Third Parties"), by participating in the homicide of decedent were careless, negligent, and otherwise at fault in the matters alleged in the complaint; said carelessness, negligence, and fault on the part of decedent and/or the Third Parties proximately and legally caused and contributed to the happenings of the incident and to the damages complained of; and said comparatively reduces the percentage of any negligence and/or fault if it should be found that these answering Defendants were negligent and/or at fault; which these answering Defendants do expressly deny.

157. As for a third and separate affirmative defense to the first amended complaint on file herein, these answering Defendants allege that as to the Seventh Claim, the injuries and damages of which Plaintiffs allege, if any there be, were actually and proximately caused by the acts of Ulises Alvarez Monge, Anthony Ray Huerta, Javier Guardo Jr, Ricardo Israel Gutierrez, Omar E Leos, and Memphis Baca housed at the Merced County Jail in Block 3, Cell 4 with decedent, by the individuals participating in the homicide of decedent and that such acts were an intervening and/or superseding cause of the alleged injuries for which these answering Defendants are not liable.

158. As for a fourth, separate and affirmative defense to the first amended complaint on file herein, these answering defendants allege that Plaintiffs failed to state a claim upon which relief can be granted.

159. As for a fifth separate and affirmative defense to the first amended complaint on file herein, these answering Defendants allege that the Defendants actions were in good faith and with a reasonable belief that the actions were

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

18

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

lawful. The actions of Defendants were lawful and proper and in all respects reasonable and legal.

160. As for a sixth separate and affirmative defense to the first amended complaint on file herein, Defendant County of Merced alleges that it is immune from liability as to the Fifth, Sixth, Seventh and Eighth Claims of the Complaint pursuant to California Government Code § 844.6(a), which provides immunity to a public entity based on injuries proximately caused by any prisoner. Decedent's cellmates Ulises Alvarez Monge, Anthony Ray Huerta, Javier Guardo Jr, Ricardo Israel Gutierrez, Omar E Leos, and Memphis Baca housed at the Merced County Jail in Block 3, Cell 4, participated in the homicide of decedent and therefore the Defendant County of Merced is immune for injuries proximately caused by such prisoners.

161. As for a seventh separate and affirmative defense to the first amended complaint on file herein, these answering defendants allege that allowing a claim for punitive damages and the facts alleged in the case herein, is a violation of this Defendants' due process rights insofar as such damages are void for vagueness and there is no objective standard which limits the amount of punitive damages awarded, and that punitive damages are not recoverable against a public entity.

## Prayer

WHEREFORE, Defendants County of Merced, Merced County Sheriff's Office [a department within the County of Merced] Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro pray judgment as follows:

1. That Plaintiffs take nothing by their action;
2. For judgment in favor of Defendants;
3. For costs of suit incurred;

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

19

Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro's Answer to First Amended Complaint and Demand for Jury Trial

1    4.    For attorney fees pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 11 (b); and,

2    5.    For such other and further relief as this court may deem just and proper.

Dated: August 8, 2025                                              Forrest W. Hansen
                                                                                   Merced County Counsel

                                                                      By:    /s/ Jenna M. Anderson
                                                                                   Jenna M. Anderson
                                                                                   Chief Deputy County Counsel
                                                                                   Attorneys for Defendants County of
                                                                                   Merced, Merced County Sheriff's
                                                                                   Office [a department within the
                                                                                   County of Merced], Vernon
                                                                                   Warnke, Clifford Tilley, Omar
                                                                                   Ayala Jr., Jose Rios, Gustavo
                                                                                   Ochoa, Carolyn Strong, Glenn
                                                                                   Peterson, Jaycob Freitas, And
                                                                                   Hector Lazaro

### Demand for Jury Trial

Defendants County of Merced, Merced County Sheriff's Office [a department within the County of Merced], Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: August 8, 2025                                              Forrest W. Hansen
                                                                                   Merced County Counsel

                                                                      By:    /s/ Jenna M. Anderson
                                                                                   Jenna M. Anderson
                                                                                   Chief Civil Litigator
                                                                                   Attorneys for Defendants County of
                                                                                   Merced, Merced County Sheriff's
                                                                                   Office, Vernon Warnke, Clifford
                                                                                   Tilley, Omar Ayala Jr., Jose Rios,
                                                                                   Gustavo Ochoa, Carolyn Strong,
                                                                                   Glenn Peterson, Jaycob Freitas,
                                                                                   And Hector Lazaro

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564