UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ESTATE OF EDWARD RAMOS III, ROXANNE LABUGA, & EDWARD RAMOS, JR.,<br><br>           Plaintiffs,<br>      v.<br><br>COUNTY OF MERCED, et al.,<br>           Defendants. | Case No. 1:25-cv-00056-JLT-SKO<br><br>**ORDER CONSOLIDATING RELATED CASES**<br><br>(Doc. 24) |

Plaintiffs Estate of Edward Ramos III, Roxanne Labuga, Edward Ramos, Jr. and Edward Angelo Ramos, by and through his Guardian Ad Litem Yulelba Gamez (collectively "Plaintiffs") and Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro (collectively "Defendants") hereby submit the following stipulation to consolidate related cases:

Whereas, Plaintiffs Estate of Edward Ramos III, Roxanne Labuga and Edward Ramos, Jr., filed an action in this district against Defendants, captioned Estate of Edward Ramos III, Roxanne Labuga and Edward Ramos, Jr. v. County of Merced, et al., Case No. 1:25-cv-000056-JLT-SKO on or about January 13, 2025;

Whereas, Plaintiff Estate of Edward Ramos III and Edward Angelo Ramos filed an action in this district against Defendants, captioned ESTATE OF EDWARD RAMOS III; EDWARD ANGELO RAMOS, a minor, individually and as successor in interest to deceased, EDWARD RAMOS III, v. County of Merced, et al., Case No. 1:25-cv-00757-KES-SKO on or about June 20, 2025;

Whereas, both complaints involve the similar defendants, same events, common questions of law and fact and consolidation will avoid unnecessary costs and delays.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants, through their respective counsel of record herein, that

the two complaints be consolidated and Case No. 1:25-cv-00056-JLT-SKO will be the lead case.

IT IS SO STIPULATED.

Dated:

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*
(as authorized on September 5, 2025)
By: _____
Mark E. Merin
Attorneys for Plaintiffs Estate of Edward Ramos III, Roxanne Labuga, and Edward Ramos Jr.

Dated:

Jacobs Law Firm, APC

*/s/ Karen N. Jacobs*
(as authorized on September 8, 2025)
By: _____
Karen N. Jacobs
Attorneys for Plaintiff Estate of Edward Ramos III and Edward Angelo Ramos

Dated:

Respectfully Submitted,
Merced County Counsel's Office

*/s/ Jenna M. Anderson*
By: _____
Jenna M. Anderson
Chief Deputy County Counsel

Attorneys for Defendants, County of Merced, "Merced County Sheriff's Office" (a department of the County of Merced), Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, and Hector Lazaro

**ORDER**

In view of the parties' stipulation, (Doc. 24), and good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall consolidate *Estate of Edward Ramos III et al v. County of Merced et al*, Case No. 1:25-cv-00056-JLT-SKO, with *Estate of Edward Ramos III, et al. vs County of Merced, et al.*, Case No. 1:25-cv-00757-KES-SKO, for all purposes;

2. All future filings and correspondence shall use Case No. 1:25-cv-00056-JLT-SKO;

3. The Clerk shall move Doc. Nos. 1–9 from the docket of Case No. 1:25-cv-00757-KES-SKO to the docket of Case No. 1:25-cv-00056-JLT-SKO;

4. The Clerk shall file a copy of this Order in Case No. 1:25-cv-00757-KES-SKO; and

5. The Clerk shall administratively close *Estate of Edward Ramos III, et al. vs County of Merced, et al.*, Case No. 1:25-cv-00757-KES-SKO.[1]

IT IS SO ORDERED.

Dated:   **September 12, 2025**                        /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that administratively closing this case has no impact on the merits.