Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com
    Attorneys for Plaintiffs Estate of Edward Ramos III,
    Roxanne Labuga, and Edward Ramos Jr.

Karen N. Jacobs, Esq. (238607)
JACOBS LAW FIRM, APC
15233 Ventura Blvd. #324
Sherman Oaks, CA 91403
Tel: (424) 777-0207
Fax: (877) 977-8899
Email: karen@jlfapc.com
        Sophie@jlfapc.com
Attorneys for Plaintiff,
Estate of Edward Ramos III and
Edward Angelo Ramos

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Civil Litigator
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com;
Dusty.Nunes@countyofmerced.com

    Attorneys for Defendants County of Merced,
    Merced County Sheriff's Office, Vernon Warnke,
    Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo
    Ochoa, Carolyn Strong, Glenn Peterson, Jaycob
    Freitas, And Hector Lazaro

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Estate of Edward Ramos III, Roxanne Labuga, and Edward Ramos, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> County of Merced, et al. <br> Defendants. | Case Nos. 1:25-cv-00056-JLT-SKO and 1:25-cv-00757-KES-SKO <br><br> **Stipulation to Modify the Scheduling Order as to Discovery Deadlines; Order Staying Case** <br><br> (Doc. 45) |
| E.R., et al. <br> Plaintiffs <br> v. <br> County of Merced, et al. | |

1

**Stipulation to Modify the Scheduling Order as to Discovery Deadlines; Order Staying Case**

Defendants.

Plaintiffs Estate of Edward Ramos III, Roxanne Labuga, Edward Ramos, Jr. and E.R., by and through his Guardian Ad Litem Yulelba Gamez (collectively "Plaintiffs") and Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Clifford Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa, Carolyn Strong, Glenn Peterson, Jaycob Freitas, And Hector Lazaro (collectively "Defendants") by and through their attorneys of record, hereby stipulate:

Whereas the Scheduling Order was issued May 14, 2025;

Whereas the current Non-Expert Discovery deadline is May 13, 2026;

Whereas the current Expert Disclosures deadline is July 13, 2026;

Whereas the current Rebuttal Expert Disclosures deadline is August 27, 2026;

Whereas the current Expert Discovery deadline is September 28, 2026;

Whereas the current trial date is August 3, 2027;

Whereas the scheduling order has not previously been amended;

Whereas Plaintiff E.R. filed a Motion for Ratification and Substitution of Plaintiff E.R. as the real party in interest pursuant to Federal Rule of Civil Procedure 17(a) on February 23, 2026 ("Motion");

Whereas the parties agree good cause exists to continue the above-described discovery deadlines pending the Court's ruling on Plaintiff E.R.'s Motion because the ruling may significantly affect the scope of discovery;

Whereas the parties intend to participate in a second round of mediation following the Court's ruling on Plaintiff E.R.'s Motion;

Therefore, the parties hereby stipulate to continue:

1. The Non-Expert Discovery deadline to August 14, 2026;

2. The Expert Disclosure deadline to October 16, 2026;

3. The Rebuttal Expert Disclosures deadline to November 20, 2026; and

4. The Expert Discovery deadline to December 31, 2026.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

**Stipulation to Modify the Scheduling Order as to Discovery Deadlines; Order Staying Case**

////

IT IS SO STIPULATED.

Dated:                          Respectfully Submitted,
                                LAW OFFICE OF MARK E. MERIN


                                    /s/ Mark E. Merin (as authorized 4/15/26)
                                By: _____
                                    Mark E. Merin
                                Attorneys for Plaintiffs Estate of Edward Ramos III,
                                Roxanne Labuga, and Edward Ramos Jr.


Dated:                          Jacobs Law Firm, APC
                                     /s/ Karen N. Jacobs
                                By: _____
                                    Karen N. Jacobs
                                Attorneys for Plaintiffs Estate of Edward Ramos III
                                and E.R.

Dated:
                                Respectfully Submitted,
                                Merced County Counsel's Office


                                    /s/ Dusty B. Nunes
                                By: _____
                                    Dusty B. Nunes
                                    Deputy County Counsel

                                Attorneys for Defendants, County of Merced,
                                "Merced County Sheriff's Office" (a department of
                                the County of Merced), Vernon Warnke, Clifford
                                Tilley, Omar Ayala Jr., Jose Rios, Gustavo Ochoa,
                                Carolyn Strong, Glenn Peterson, Jaycob Freitas, and
                                Hector Lazaro

**ORDER**

The Court, having considered the Parties' Stipulation, (Doc. 45), and good cause appearing, HEREBY ORDERS as follows:

1. This litigation is STAYED pending the resolution of the pending "Motion for Ratification and Substitution of Plaintiff E.R. as Real Party in Interest Pursuant to Fed. R. Civ. P. 17(a)," (Doc. 37) (the "motion").

2. The dates set forth in the scheduling order, (*see* Doc. 20), are VACATED.

3. Within fourteen (14) days of the order resolving the pending motion, the parties SHALL file a joint status report indicating (1) whether they intend to engage in a second mediation, and (2) if applicable, when any such mediation is scheduled to be held.

IT IS SO ORDERED.

Dated:   **April 16, 2026**                    /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

4

**Stipulation to Modify the Scheduling Order as to Discovery Deadlines; Order Staying Case**